```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 16-04747-MDF
Darren A. Tucker                                                         Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: CBoyle                  Page 1 of 2                  Date Rcvd: Feb 03, 2017
                              Form ID: ntnew341             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db             +Darren A. Tucker,    259 West Market Street,    York, PA 17401-1007
cr             +Fulton Bank,   c/o Charles N. Shurr, Jr., Esquire,    Kozloff Stoudt,   2640 Westview Drive,
                 Wyomissing, PA 19610-1186
4857286        +1ST NATL BANK,    4140 E STATE ST,    HERMITAGE, PA 16148-3401
4857287         Bank of America, N.A.,   FL9-600-02-26,    PO Box 45224,    Jacksonville, FL 32232-5224
4857288        +Bureau of Employer Tax Oper,    PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4857290        +CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
4857289        +Charles N. Shurr Jr., Esquire,    Kozloff Stoudt,    2640 Westview Drive,
                 Wyomissing, pa 19610-1186
4857291        +Citi,   PO Box 6241,    Sioux Falls, South Dakota 57117-6241
4857292        +Convergent,    PO Box 9004,   Renton, Washington 98057-9004
4857293        +FORD MOTOR CREDIT,    PO Box 542000,    OMAHA, NE 68154-8000
4874768       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company LLC,    Dept   55953,   P O Box 55000,
                 Detroit MI, 48255-0953)
4876445        +First National Bank of Pennsylvania,    4140 E State Street,    Hermitage, PA 16148-3401
4866024        +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                 12 Federal St, 1st Floor,    Pittsburgh, PA 15212-5752
4868629        +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
4857299        +MB FINANCIAL SERVICES,    PO BOX 961,   ROANOKE, TX 76262-0961
4857300       #+METRO BANK,   ATTN LOAN SERVICING,    PO BOX 4999,    HARRISBURG, PA 17111-0999
4857301        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4857303        +PNC Bank, National Association,    P5-PCLC-A1-N,    2730 Liberty Avenue,
                 Pittsburgh, PA 15222-4704
4857305        +THD/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4857306         The City of York, Pennsylvania,    PO Box 1506,   York, PA 17405-1506
4857307        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4857308         United States Attorney,    PO Box 11754,   Harrisburg, Pennsylvania 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4857296        +E-mail/Text: bankruptcy@fult.com Feb 03 2017 19:18:33     Fulton Bank,   Loan Operations,
                 PO Box 69,   East Petersburg, PA 17520-0069
4857297        +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 03 2017 19:18:29     HARLEY DAVIDSON,
                 3850 ARROWHEAD DRIVE,    CARSON CITY, NV 89706-2016
4857298         E-mail/Text: cio.bncmail@irs.gov Feb 03 2017 19:18:09     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
4857302         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 19:18:15     PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4857304        +E-mail/Text: bankruptcy@bbandt.com Feb 03 2017 19:18:13     SHEFFIELD FINANCE,
                 ATTN CREDIT DISPUTE,    PO BOX 1847,   WILSON, NC 27894-1847
4868210         E-mail/Text: bankruptcy@bbandt.com Feb 03 2017 19:18:13     Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
4857309        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 03 2017 19:18:19     United States Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +First National Bank of Pennsylvania,    c/o Donna Donaher,   One North Shore Center,
                 12 Federal St,   1st Floor,   Pittsburgh, PA 15212-5752
4857294*       +FORD MOTOR CREDIT,    PO BOX 542000,   OMAHA, NE 68154-8000
4857295*       +FORD MOTOR CREDIT,    PO BOX 542000,   OMAHA, NE 68154-8000
4875450*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    Dept. 55953,   P.O. Box 55000,
                 Detroit, MI 48255-0953)
                                                                                      TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2017 at the address(es) listed below:

　　　Charles J DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
　　　Charles N Shurr, Jr.　on behalf of Creditor　Fulton Bank cshurr@kozloffstoudt.com,
　　　　jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
　　　Donna Donaher　on behalf of Creditor　First National Bank of Pennsylvania donaherd@fnb-corp.com
　　　Howard Gershman　on behalf of Creditor　CAB East, LLC/Ford Motor Credit Company, LLC
　　　　hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
　　　Howard Gershman　on behalf of Creditor　Ford Motor Credit Company, LLC hg229ecf@gmail.com,
　　　　229ecf@glpoc.comcastbiz.net
　　　James Warmbrodt　on behalf of Creditor　Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
　　　John Matthew Hyams　on behalf of Debtor Darren A. Tucker jmh@johnhyamslaw.com,
　　　　jak@johnhyamslaw.com
　　　Peter J Ashcroft　on behalf of Creditor　Mercedes-Benz Financial Services USA, LLC
　　　　pashcroft@bernsteinlaw.com,
　　　　pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
　　　United States Trustee　ustpregion03.ha.ecf@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Darren A. Tucker　　　　　　　　　　　　Chapter　　　　13
Debtor(s)
　　　　　　　　　　　　　　　　　　　　Case No.　　　1:16−bk−04747−MDF

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 9, 2017<br>Time: 11:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CBoyle |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 3, 2017 |