IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 16-04747-MDF |
| DARREN A. TUCKER ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ) | |
| FIRST NATIONAL BANK OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Movant, ) | |
| vs. ) | |
| DARREN A. TUCKER ) | |
| Respondent/Debtor. ) | |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that I served or caused to be served a copy of the foregoing Motion to Dismiss Chapter 13 Case dated February 14, 2017 and Notice of Hearing upon each of the persons and parties in interest at the addresses shown below by <u>United States Mail, First Class, Postage Pre-Paid, unless otherwise indicated</u>:

Dated: <u>February 14, 2017</u>　　　　　　By: 　*/s/ Donna M. Donaher*
　　　　　　　　　　　　　　　　　　　　Donna M. Donaher, Esquire, Pa. I.D. No. 53165
　　　　　　　　　　　　　　　　　　　　One North Shore Center, 12th Federal Street, First Floor,
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15212
　　　　　　　　　　　　　　　　　　　　(412) 320-2191
　　　　　　　　　　　　　　　　　　　　Attorneys for First National

Bank of America, N.A
P.O. Box 31785
Tampa, FL 33631-3785

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Convergent
P.O. Box 9004
Renton, WA 98057-9004

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000

Ford Motor Credit Company
P.O. Box 62180
Colorado Spring, CO 80962

Fulton Bank
c/o Fulton Financial Corp.
Attn: Rollin W. Apgar
1102 Shrewsbury Commons Avenue
Shrewsbury, PA 17361-1604

Harley-Davidson Credit Corp
P.O. Box 9013
Addison, TX 75001-9013

MB Financial Services
P.O. Box 961
Roanoke, TX 76262-0961

PA Dept. of Revenue
Dept. 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Bank of America, N.A.
FL9-600-02-26
P.O. Box 45224
Jacksonville, FL 32232-5224

Fulton Bank
c/o Charles N. Shurr, Jr., Esq.
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610-1186

Howard Gershman, Esq.
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046-2867

PNC Bank, N.A.
P5-PCLC-A1-N
2730 Liberty Avenue
Pittsburgh, PA 15222-4704

Peter J. Ashcroft, Esq.
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Bureau of Employer Tax Operations
P.O. Box 68568
Harrisburg, PA 17106-8568

Citi
P.O. Box 6241
Sioux Falls, SD 57117-6241

Fulton Bank
Loan Operations
P.O. Box 68
East Petersburgh, PA 17520

Harley Davidson
3850 Arrowhead Drive
Carson City, NV 89706-2016

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Office of Attorney General
Financial Enforcement
Harrisburg, PA 17120-0001

Sheffield Finance
Attn: Credit Dispute
P.O. Box 1847
Wilson, NC 27894-1847

The City of York, PA
P.O. Box 1506
York, PA 17405-1506

Unites States Attorney
P.O. Box 11754
Harrisburg, PA 17108-1754

James Warmbrodt
701 Market Street, Ste 5000
Philadelphia, PA 19106

U.S. Trustee
228 Walnut Street, Ste 1190
Harrisburg, PA 17101

THD/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

U.S. Dept of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044