```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-04747-RNO
Darren A. Tucker                                                    Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: CKovach          Page 1 of 1          Date Rcvd: Apr 28, 2017
                              Form ID: orfeedue      Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db             +Darren A. Tucker,    259 West Market Street,    York, PA 17401-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 18:46:24      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              Charles N Shurr, Jr.   on behalf of Creditor   Fulton Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              Donna  Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              Howard  Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
              Howard  Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor Darren A. Tucker jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Peter J Ashcroft    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

orfeedue(07/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Darren A. Tucker                                  Chapter 11

                                                  Case number 1:16–bk–04747–RNO

**Debtor(s)**                                     Document Number:

### Order Filing Fee Due

Finding that the fee in the amount of **$932.00** assessed in connection with the filing of the Motion to Convert, has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **May 4, 2017** or the pleading may be stricken by the court for failure to pay the filing fee.

Dated: April 28, 2017                             By the Court,

                                                  /s/ Robert N. Opel II

                                                  Honorable Robert N. Opel
                                                  United States Bankruptcy Judge
                                                  By: CKovach, Deputy Clerk