```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04747-RNO
Darren A. Tucker                                                Chapter 11
       Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CKovach              Page 1 of 1          Date Rcvd: Apr 28, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db             +Darren A. Tucker,   259 West Market Street,   York, PA 17401-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              Charles N Shurr, Jr.   on behalf of Creditor   Fulton Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              Donna Donaher   on behalf of Creditor   First National Bank of Pennsylvania donaherd@fnb-corp.com
              Howard Gershman   on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
              Howard Gershman   on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              John Matthew Hyams   on behalf of Debtor Darren A. Tucker jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Peter J Ashcroft   on behalf of Creditor   Mercedes-Benz Financial Services USA, LLC
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
:
Darren A. Tucker :
:
: CASE NO: 1:16-bk-04747-RNO
Debtor :

### ORDER

Upon consideration of the Debtor's Motion to Convert Case to Chapter 11, after hearing held on April 27, 2017, it is

ORDERED that the Motion is GRANTED and this case is converted from one under Chapter 13 of the United States Bankruptcy Code to one under Chapter 11.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: April 27, 2017