```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 16-04747-RNO
Darren A. Tucker                                                  Chapter 11
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-1         User: CKovach              Page 1 of 2          Date Rcvd: May 09, 2017
                             Form ID: 309E              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
db             +Darren A. Tucker,    259 West Market Street,    York, PA 17401-1007
aty            +Charles N Shurr, Jr.,    Kozloff Stoudt,    2640 Westview Drive,    Wyomissing, PA 19610-1186
aty         ++++DONNA DONAHER,    FIRST NATIONAL BANK,    1 N SHORE CTR STE 503,    PITTSBURGH PA 15212-5837
                (address filed with court: Donna Donaher,     First National Bank,   One North Shore Center,
                Pittsburgh, PA 15212)
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty            +Peter J Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,   707 Grant Street,
                Pittsburgh, PA 15219-1908
cr             +Fulton Bank,    c/o Charles N. Shurr, Jr., Esquire,    Kozloff Stoudt,   2640 Westview Drive,
                Wyomissing, PA 19610-1186
4857286        +1ST NATL BANK,    4140 E STATE ST,    HERMITAGE, PA 16148-3401
4857288        +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4857289        +Charles N. Shurr Jr., Esquire,    Kozloff Stoudt,    2640 Westview Drive,
                Wyomissing, pa 19610-1186
4915130        +Donna M Donaher Esquire,    First National Bank of Pennsylvania,    One North Shore Center,
                12th Federal Street,    Pittsburgh, PA 15212-5816
4876445        +First National Bank of Pennsylvania,    4140 E State Street,    Hermitage, PA 16148-3401
4866024        +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                12 Federal St, 1st Floor,    Pittsburgh, PA 15212-5752
4883929        +Fulton Bank,    c/o Fulton Financial Corporation,    Attn: Rollin W. Apgar,
                1102 Shrewsbury Commons Avenue,    Shrewsbury, PA 17361-1604
4868629        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
4915129        +Howard Gershman,    Gershman Law Offices PC,    610 York Road Suite 200,
                Jenkintown, PA 19046-2867
4857299        +MB FINANCIAL SERVICES,    PO BOX 961,    ROANOKE, TX 76262-0961
4857300       #+METRO BANK,    ATTN LOAN SERVICING,    PO BOX 4999,    HARRISBURG, PA 17111-0999
4897441        +Mercedes-Benz Financial Services USA, LLC,    Warner Norcross & Judd LLP,    Dennis Loughlin,
                2000 Town Center, Suite 2700,    Southfield, MI 48075-1318
4857301        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                Harrisburg, Pennsylvania 17120-0001
4857303        +PNC Bank, National Association,    P5-PCLC-A1-N,    2730 Liberty Avenue,
                Pittsburgh, PA 15222-4704
4889117        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4857306         The City of York, Pennsylvania,    PO Box 1506,    York, PA 17405-1506
4857307        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                Washington, District of Columbia 20044-0227
4857308         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
4915132        +Valerie Smith,    c/o PRA Receivables Management LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4907440        +York County Tax Claim Bureau,    28 East Market Street,    York, PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jmh@johnhyamslaw.com May 09 2017 18:58:08      John Matthew Hyams,
                Law Offices of John M. Hyams,    555 Gettysburg Pike,    Suite C-402,   Mechanicsburg, PA 17055
smg             EDI: IRS.COM May 09 2017 18:53:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 09 2017 18:59:03      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4880549         EDI: BANKAMER.COM May 09 2017 18:53:00      Bank Of America, N.A.,   PO BOX 31785,
                Tampa, FL 33631-3785
4857287         EDI: BANKAMER.COM May 09 2017 18:53:00      Bank of America, N.A.,   FL9-600-02-26,
                PO Box 45224,    Jacksonville, FL 32232-5224
4857290        +EDI: CHASE.COM May 09 2017 18:53:00      CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
4857291        +EDI: CITICORP.COM May 09 2017 18:53:00      Citi,   PO Box 6241,
                Sioux Falls, South Dakota 57117-6241
4857292        +EDI: CONVERGENT.COM May 09 2017 18:53:00      Convergent,    PO Box 9004,
                Renton, Washington 98057-9004
4897440        +E-mail/Text: dloughlin@wnj.com May 09 2017 18:59:06      Dennis W. Loughlin,
                Warner Norcross & Judd LLP,    2000 Town Center, Suite 2700,    Southfield, MI 48075-1318
4857293        +EDI: FORD.COM May 09 2017 18:53:00      FORD MOTOR CREDIT,    PO Box 542000,
                OMAHA, NE 68154-8000
4874768         EDI: FORD.COM May 09 2017 18:53:00      Ford Motor Credit Company LLC,    Dept 55953,
                P O Box 55000,    Detroit MI, 48255-0953
4916933         EDI: FORD.COM May 09 2017 18:53:00      Ford Motor Credit Company, LLC,    PO Box 62180,
                Colorado Spring, CO 80962
4857296        +E-mail/Text: bankruptcy@fult.com May 09 2017 18:59:28      Fulton Bank,   Loan Operations,
                PO Box 69,    East Petersburg, PA 17520-0069
4857297        +E-mail/Text: bankruptcy.notices@hdfsi.com May 09 2017 18:59:19      HARLEY DAVIDSON,
                3850 ARROWHEAD DRIVE,    CARSON CITY, NV 89706-2016
4887606         EDI: RESURGENT.COM May 09 2017 18:53:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
4857302         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2017 18:58:59      PA Department of Revenue,
                Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
```

```
District/off: 0314-1           User: CKovach              Page 2 of 2             Date Rcvd: May 09, 2017
                               Form ID: 309E              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4907662          EDI: PRA.COM May 09 2017 18:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4857304         +E-mail/Text: bankruptcy@bbandt.com May 09 2017 18:58:57      SHEFFIELD FINANCE,
                 ATTN CREDIT DISPUTE,    PO BOX 1847,    WILSON, NC 27894-1847
4868210          E-mail/Text: bankruptcy@bbandt.com May 09 2017 18:58:57      Sheffield Financial,   PO Box 1847,
                 Wilson, NC 27894-1847
4857305         +EDI: CITICORP.COM May 09 2017 18:53:00      THD/CBNA,   PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
4857309         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 09 2017 18:59:03      United States Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
                                                                                              TOTAL: 21

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Howard Gershman,    Gershman Law Offices, PC,    610 York Road, Ste. 200,
                 Jenkintown, PA 19046-2867
cr*             +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                 12 Federal St,    1st Floor,   Pittsburgh, PA 15212-5752
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4857294*        +FORD MOTOR CREDIT,    PO BOX 542000,    OMAHA, NE 68154-8000
4857295*        +FORD MOTOR CREDIT,    PO BOX 542000,    OMAHA, NE 68154-8000
4875450*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company, LLC,    Dept. 55953,    P.O. Box 55000,
                 Detroit, MI 48255-0953)
4857298*         Internal Revenue Service,    PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
                                                                                       TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
```
              Charles N Shurr, Jr.    on behalf of Creditor    Fulton Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              Howard Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor Darren A. Tucker jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Peter J Ashcroft    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Darren A. Tucker** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3311** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | Date case filed in chapter **13** <br> **November 18, 2016** |
| Case number:   **1:16–bk–04747–RNO** | | Date case converted to chapter **11**   April 27, 2017 |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Darren A. Tucker | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 259 West Market Street <br> York, PA 17401 | |
| 4. | **Debtor's attorney** <br> Name and address | John Matthew Hyams <br> Law Offices of John M. Hyams <br> 555 Gettysburg Pike <br> Suite C–402 <br> Mechanicsburg, PA 17055 | Contact phone 717–766–5300 <br> Email: jmh@johnhyamslaw.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone  (717) 901–2800 <br><br> Date: May 9, 2017 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 8, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>● if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>● if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: August 1, 2017** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>● your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>● you file a proof of claim in a different amount; or<br>● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **April 12, 2017**   For a governmental unit:   **May 17, 2017** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

Official Form 309E (For Individuals or Joint Debtors)        **Notice of Chapter 11 Bankruptcy Case**        page 2