IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Darren A. Tucker | : | |
| | : | CASE NO: 1:16-bk-04747-RNO |
| Debtor | : | |

## ORDER

The Debtor's request for expedited hearing of the Debtor's Motion to Approve Sale of Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds Pursuant to 11 U.S.C. 363 having come this day to be heard, and good cause therefore appearing; it is hereby:

**IT IS ORDERED** that:

1. The Motion is GRANTED.

2. A hearing on the Debtor's Motion to Approve Sale of Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds Stay is scheduled for June 8, 2017 at 10:00 am, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: May 17, 2017