IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DARREN TUCKER

* Debtors

| | |
|---|---|
| Chapter: | 11 |
| Case Number: | 1-16-bk-04747 RNO |
| Document No.: | 69 |
| Nature of Proceeding: | **Application to Employ Counsel for Debtor** |

# ORDER

After due consideration of the Application of the Debtor for an Order Under 11 U.S.C. §§ 327(a) and 329 Authorizing Employment and Retention of the Law Offices of John M. Hyams as Attorneys for the Debtor, *Nunc Pro Tunc*, to November 18, 2016 ("Application"), it is

ORDERED that a hearing on the Application is scheduled for **June 29, 2017**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania; and,

FURTHER ORDERED that a representative of the Office of the United States Trustee appear at the above hearing, either in person or via CourtCall, to advise of its position concerning the *nunc pro tunc* request contained in the Application.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: June 1, 2017