```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                         Case No. 16-04747-RNO
Darren A. Tucker                                               Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach           Page 1 of 1           Date Rcvd: Jun 02, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db              +Darren A. Tucker,    259 West Market Street,    York, PA 17401-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              Charles N Shurr, Jr.    on behalf of Creditor    Fulton Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              Howard Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor Darren A. Tucker jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Peter J Ashcroft    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    DARREN A. TUCKER                                    NO. 1-16-04747 RNO
                                                             CHAPTER 11

_____

FORD MOTOR CREDIT COMPANY, LLC           Motion for Relief
    VS.                                                       From Stay
DARREN A. TUCKER, Debtor

ORDER GRANTING FORD MOTOR CREDIT COMPANY, LLC
RELIEF FROM STAY

Upon in consideration of the Motion of Ford Motor Credit Company for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED:

Effective immediately, Ford Motor Credit Company, LLC is granted relief from the Automatic Stay of Bankruptcy Code 362a, and is free to exercise its *in rem* rights as the perfected purchase money lienholder of a 2015 Ford Tran C motor vehicle [VIN ….F1188566] titled to Debtor, Darren A. Tucker.

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: May 31, 2017