```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04747-RNO
Darren A. Tucker                                                Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: CKovach        Page 1 of 1          Date Rcvd: Jun 29, 2017
                            Form ID: pdf010      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db             +Darren A. Tucker,   259 West Market Street,   York, PA 17401-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
          Charles N Shurr, Jr.   on behalf of Creditor   Fulton Bank cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          D. Troy Sellars   on behalf of Asst. U.S. Trustee   United States Trustee
           D.Troy.Sellars@usdoj.gov,  ustpregion03.ha.ecf@usdoj.gov
          Donna Donaher   on behalf of Creditor   First National Bank of Pennsylvania donaherd@fnb-corp.com
          Howard Gershman   on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
           hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
          Howard Gershman   on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          James Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          John Matthew Hyams   on behalf of Debtor Darren A. Tucker jmh@johnhyamslaw.com,
           jak@johnhyamslaw.com
          Peter J Ashcroft   on behalf of Creditor   Mercedes-Benz Financial Services USA, LLC
           pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 9

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DARREN TUCKER | : | |
| | : | CASE NO. 1:16-04747 |
| Debtor | : | |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF**
**LAW OFFICES OF JOHN M. HYAMS AS ATTORNEY FOR THE**
**DEBTOR, *NUNC PRO TUNC*, TO NOVEMBER 18, 2016**

Upon the application of the above-captioned Debtor (the "Debtor" and "Debtor-in-Possession"), for the entry of an order under 11 USC §§327(a) and 329 authorizing the Debtor to employ and retain the Law Offices of John M. Hyams as his attorney, to represent the Debtor and Debtor-in-Possession *Nunc Pro Tunc* to November 18, 2016; and upon the Affidavit of John M. Hyams, Esquire of the Law Offices of John M. Hyams; and the Court being satisfied that Law Offices of John M. Hyams represents no interest adverse to the Debtor's estate, it is a disinterested person as that term is defined under §101(14) of the Bankruptcy Code, as modified by §1107(b) of the Bankruptcy Code, that its employment is necessary and would be in the best interests of the Debtor's estate; and it appearing that proper and adequate notice has been given and that no other or future notice is necessary; and upon the record herein; and good and sufficient cause appearing therefore, after hearing held on June 29, 2017, it is

ORDERED that the Debtor is authorized to employ and retain the Law Offices of John M. Hyams as his attorney effective as of November 18, 2016, to perform the services set forth on the Application; and it is further

ORDERED that the Law Offices of John M. Hyams shall be compensated in accordance with the procedures set forth in §§330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable, and such procedures as may be fixed by order of this Court.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: June 29, 2017