United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Darren A. Tucker  
    Debtor

Case No. 16-04747-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CKovach    Page 1 of 1    Date Rcvd: Jul 24, 2017  
Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.  
db      +Darren A. Tucker,    259 West Market Street,    York, PA 17401-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:

     Charles N Shurr, Jr.    on behalf of Creditor    Fulton Bank cshurr@kozloffstoudt.com,  
      jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com  
     D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee  
      D.Troy.Sellars@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov  
     Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com  
     Howard Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC  
      hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net  
     Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,  
      229ecf@glpoc.comcastbiz.net  
     James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
     John Matthew Hyams    on behalf of Debtor Darren A. Tucker jmh@johnhyamslaw.com,  
      jak@johnhyamslaw.com  
     Peter J Ashcroft    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC  
      pashcroft@bernsteinlaw.com,  
      pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
       TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| DARREN A. TUCKER | : | |
| Debtor-In-Possession | : | CASE NO. 1:16-bk-04747-RNO |
| ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, | : | |
| Movant | : | |
| vs. | : | |
| DARREN A. TUCKER | : | |
| Respondent | : | |

## **ORDER**

Upon consideration of the motion of the United States Trustee to convert the matter to a proceeding under Chapter 7 or, in the alternative, dismiss the instant case, and the record as a whole, after hearing held on July 20, 2017, it is hereby ORDERED:

1. The motion is GRANTED;

2. The instant case is HEREBY CONVERTED to a proceeding under Chapter 7.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: July 20, 2017