In re:                                                      Case No. 16-04747-RNO
Darren A. Tucker                                            Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach       Page 1 of 1        Date Rcvd: Oct 31, 2017
                           Form ID: ntfnmg      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db              +Darren A. Tucker,    259 West Market Street,    York, PA 17401-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
          Charles N Shurr, Jr.   on behalf of Creditor   Fulton Bank cshurr@kozloffstoudt.com,
          jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          D. Troy Sellars   on behalf of Asst. U.S. Trustee   United States Trustee
          D.Troy.Sellars@usdoj.gov,  ustpregion03.ha.ecf@usdoj.gov
          Donna Donaher   on behalf of Creditor   First National Bank of Pennsylvania donaherd@fnb-corp.com
          Howard  Gershman   on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
          hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
          Howard  Gershman   on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
          229ecf@glpoc.comcastbiz.net
          James  Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          John Matthew Hyams   on behalf of Debtor 1 Darren A. Tucker jmh@johnhyamslaw.com,
          mii@johnhyamslaw.com
          Lawrence V. Young (Trustee)   lyoung@cgalaw.com,
          pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          Peter J Ashcroft   on behalf of Creditor   Mercedes-Benz Financial Services USA, LLC
          pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Thomas  Song   on behalf of Creditor   Bank of America, NA thomas.song@phelanhallinan.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Darren A. Tucker
Debtor(s)

Chapter  7

Case No.  1:16–bk–04747–RNO

## Notice

**Notice of Requirement to File Certification of Completion of Financial Management Course:**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423) before an Order of Discharge can be issued. If you do not file this statement on or before **November 12, 2017**, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee.

Official Form B 423 can be accessed at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 31, 2017 |