```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 16-04747-RNO
Darren A. Tucker                                                Chapter 7
        Debtor               CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach            Page 1 of 2             Date Rcvd: Nov 07, 2017
                              Form ID: ordsmiss        Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db             +Darren A. Tucker,    259 West Market Street,    York, PA 17401-1007
cr             +Fulton Bank,   c/o Charles N. Shurr, Jr., Esquire,    Kozloff Stoudt,   2640 Westview Drive,
                 Wyomissing, PA 19610-1186
4857286        +1ST NATL BANK,    4140 E STATE ST,    HERMITAGE, PA 16148-3401
4857288        +Bureau of Employer Tax Oper,    PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4857289        +Charles N. Shurr Jr., Esquire,    Kozloff Stoudt,   2640 Westview Drive,
                 Wyomissing, pa 19610-1186
4915130        +Donna M Donaher Esquire,    First National Bank of Pennsylvania,    One North Shore Center,
                 12th Federal Street,   Pittsburgh, PA 15212-5816
4876445        +First National Bank of Pennsylvania,    4140 E State Street,    Hermitage, PA 16148-3401
4866024        +First National Bank of Pennsylvania,    c/o Donna Donaher,   One North Shore Center,
                 12 Federal St, 1st Floor,   Pittsburgh, PA 15212-5752
4883929        +Fulton Bank,   c/o Fulton Financial Corporation,    Attn: Rollin W. Apgar,
                 1102 Shrewsbury Commons Avenue,    Shrewsbury, PA 17361-1604
4868629        +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
4915129        +Howard Gershman,    Gershman Law Offices PC,   610 York Road Suite 200,
                 Jenkintown, PA 19046-2867
4897441        +Mercedes-Benz Financial Services USA, LLC,    Warner Norcross & Judd LLP,   Dennis Loughlin,
                 2000 Town Center, Suite 2700,    Southfield, MI 48075-1318
4857301        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4857303        +PNC Bank, National Association,    P5-PCLC-A1-N,   2730 Liberty Avenue,
                 Pittsburgh, PA 15222-4704
4857306         The City of York, Pennsylvania,    PO Box 1506,   York, PA 17405-1506
4857307        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4857308         United States Attorney,    PO Box 11754,   Harrisburg, Pennsylvania 17108-1754
4907440        +York County Tax Claim Bureau,    28 East Market Street,   York, PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4921623         E-mail/Text: bankruptcy@bbandt.com Nov 07 2017 18:55:08     BB&T,    PO Box 1847,
                 Wilson NC 27894
4880549         EDI: BANKAMER.COM Nov 07 2017 18:58:00     Bank Of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
4857287         EDI: BANKAMER.COM Nov 07 2017 18:58:00     Bank of America, N.A.,    FL9-600-02-26,
                 PO Box 45224,   Jacksonville, FL 32232-5224
4857290        +EDI: CHASE.COM Nov 07 2017 18:58:00     CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
4857291        +EDI: CITICORP.COM Nov 07 2017 18:58:00     Citi,   PO Box 6241,
                 Sioux Falls, South Dakota 57117-6241
4857292        +EDI: CONVERGENT.COM Nov 07 2017 18:58:00     Convergent,    PO Box 9004,
                 Renton, Washington 98057-9004
4897440        +E-mail/Text: dloughlin@wnj.com Nov 07 2017 18:55:19     Dennis W. Loughlin,
                 Warner Norcross & Judd LLP,   2000 Town Center, Suite 2700,    Southfield, MI 48075-1318
4857293        +EDI: FORD.COM Nov 07 2017 18:58:00     FORD MOTOR CREDIT,    PO Box 542000,
                 OMAHA, NE 68154-8000
4874768         EDI: FORD.COM Nov 07 2017 18:58:00     Ford Motor Credit Company LLC,    Dept  55953,
                 P O Box 55000,   Detroit  MI, 48255-0953
4916933         EDI: FORD.COM Nov 07 2017 18:58:00     Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Spring, CO  80962
4857296        +E-mail/Text: bankruptcy@fult.com Nov 07 2017 18:55:32     Fulton Bank,    Loan Operations,
                 PO Box 69,   East Petersburg, PA 17520-0069
4857297        +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 07 2017 18:55:25     HARLEY DAVIDSON,
                 3850 ARROWHEAD DRIVE,    CARSON CITY, NV 89706-2016
4857298         EDI: IRS.COM Nov 07 2017 18:58:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, Pennsylvania 19101-7346
4887606         EDI: RESURGENT.COM Nov 07 2017 18:58:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4857299        +EDI: DAIMLER.COM Nov 07 2017 18:58:00     MB FINANCIAL SERVICES,    PO BOX 961,
                 ROANOKE, TX 76262-0961
4857302         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2017 18:55:15     PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4907662         EDI: PRA.COM Nov 07 2017 18:58:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4889117        +EDI: PRA.COM Nov 07 2017 18:58:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4857304        +E-mail/Text: bankruptcy@bbandt.com Nov 07 2017 18:55:13     SHEFFIELD FINANCE,
                 ATTN CREDIT DISPUTE,   PO BOX 1847,    WILSON, NC 27894-1847
4868210         E-mail/Text: bankruptcy@bbandt.com Nov 07 2017 18:55:13     Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
4857305        +EDI: CITICORP.COM Nov 07 2017 18:58:00     THD/CBNA,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
4857309        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 07 2017 18:55:17     United States Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4915132        +EDI: PRA.COM Nov 07 2017 18:58:00      Valerie Smith,   c/o PRA Receivables Management LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +First National Bank of Pennsylvania,    c/o Donna Donaher,   One North Shore Center,
                 12 Federal St,    1st Floor,   Pittsburgh, PA 15212-5752
cr*            +PRA Receivables Management, LLC,    Norfolk, VA 23541-1021
4857294*       +FORD MOTOR CREDIT,    PO BOX 542000,    OMAHA, NE 68154-8000
4857295*       +FORD MOTOR CREDIT,    PO BOX 542000,    OMAHA, NE 68154-8000
4875450*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,    Dept. 55953,   P.O. Box 55000,
                 Detroit, MI 48255-0953)
4857300       ##+METRO BANK,    ATTN LOAN SERVICING,    PO BOX 4999,    HARRISBURG, PA 17111-0999
                                                                                TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
```
              Charles N Shurr, Jr.    on behalf of Creditor    Fulton Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              Howard Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Darren A. Tucker jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Peter J Ashcroft    on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Thomas Song    on behalf of Creditor    Bank of America, NA thomas.song@phelanhallinan.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Darren A. Tucker<br>**Debtor(s)** | Chapter 7 |
| | Case No. 1:16−bk−04747−RNO |

### Order

After notice and opportunity for a hearing thereon, it appearing that the above−named Debtor failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the above−referenced case for Debtor be and hereby is dismissed.

Dated: November 7, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: CKovach, Deputy Clerk